[No. 70628-4-I.   Division One.   June 16, 2014.]

HERBERT HEINTZ ET AL., *Appellants*, v. JP MORGAN CHASE BANK, NA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-39861-5, Kimberley Prochnau, J., entered June 6 and 7, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach and Trickey, JJ.

[No. 71641-7-I.   Division One.   June 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE JACKSON PURSER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 11-1-00336-1, George L. Wood, J., entered October 24, 2012. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Trickey, JJ.

[No. 71644-1-I.   Division One.   June 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES LONGSHORE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00119-7, Amber L. Finlay, J., entered November 19, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Schindler, J.

[No. 71645-0-I.   Division One.   June 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JESSE HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-04556-2, Katherine M. Stolz, J., entered July 19, 2012. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Appelwick and Schindler, JJ.